RECEIPT # AMOUNT N/A
SUMMONS ISSUED M/F
LOCAL RULE 4.1
WAIVER FORM
MCF ISSUED
BY DPTY. CLK.
DATE 7-19-05

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br><br>　　　　v.<br><br>ONE COMPAQ MODEL 2100 LAPTOP<br>COMPUTER SERIAL NUMBER CNF43021JP<br>CONTAINING A SUBFOLDER ENTITLED<br>"ANIMAL FARM" AND UNALLOCATED SPACE<br>ON HARD DRIVE CONTAINING PICTURES,<br>　　　　Defendant. | )<br>)<br>)<br>)<br>)  Civil Action No.<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**05 - 11524 PBS**

MAGISTRATE JUDGE _____

### VERIFIED COMPLAINT FOR FORFEITURE IN REM

The United States of America, by its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, in a civil action of forfeiture pursuant to 19 U. S. C. §1305 and 19 U.S.C. §1595a, alleges that:

1. This Court has jurisdiction in this matter pursuant to 28 U.S.C. §§1345 and 1355. Venue is appropriate pursuant to 28 U.S.C. §1395.

2. The property consists of One Compaq Model 2100 Laptop Computer Serial Number CNF43021JP (the "Defendant Computer") containing a subfolder entitled "Animal Farm" and unallocated space on hard drive containing pictures (the "Defendant Images").

3. The *in rem* Defendant Computer and Defendant Images are now, and, during the pendency of this action, will be within the jurisdiction of this Court.

4. As detailed in the Affidavit of United States Department of Homeland Security, U.S. Immigration and Customs Enforcement

Special Agent Edward P. Murphy, attached as Exhibit A and incorporated herein by reference, the United States has probable cause to believe that the Defendant Images contained on the Defendant Computer's hard drive represent obscene material prohibited from importation into the United States, by 19 U.S.C. §1305, and are, therefore, subject to forfeiture to the United States pursuant to 19 U.S.C. §1305. Also, the United States has probable cause to believe that the Defendant Computer was used to facilitate the illegal importation of the Defendant Images, and is, therefore, subject to forfeiture to the United States pursuant to 19 U.S.C. §1595a.

    WHEREFORE, the United States of America prays:

    1.  That a Warrant and Monition, in the form submitted herewith, be issued to the Secretary of the Department of Homeland Security, or his designee, commanding them to take custody of the Defendant Computer and Defendant Images and give notice to all interested parties to appear and show cause why the forfeiture should not be decreed;

    2.  That judgment of forfeiture be decreed against the Defendant Computer and Defendant Images;

    3.  That thereafter, the Defendant Computer and Defendant Images be disposed of according to law; and

4.  For costs and all other relief to which the United States may be entitled.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
   JENNIFER H. ZACKS
   Assistant U.S. Attorney
   1 Courthouse Way, Suite 9200
   Boston, MA 02210
   (617) 748-3100

Date: 7/19/05

## VERIFICATION

I, Edward P. Murphy, Special Agent, United States Department of Homeland Security, U.S. Immigration and Customs Enforcement, state that I have read the foregoing Verified Complaint for Forfeiture In Rem, and that the contents thereof are true to the best of my knowledge, information and belief.

_____
Edward P. Murphy, Special Agent
United States Department of Homeland Security
U.S. Immigration and Customs Enforcement

Date: 7-19-05

COMMONWEALTH OF MASSACHUSETTS

Suffolk, ss.                                                        Boston

Then personally appeared before me the above-named Edward P. Murphy, Special Agent, United States Department of Homeland Security, U.S. Immigration and Customs Enforcement who acknowledged the foregoing to be true to the best of his knowledge, information and belief, on behalf of the United States of America.

Subscribed to and sworn to before me this 9th day of July, 2005.

Lisa J. Talbot
Notary Public
My commission expires: 5/29/09

LISA J. TALBOT
Notary Public
Commonwealth of Massachusetts
My Commission Expires
May 29, 2009

**EXHIBIT A**

**AFFIDAVIT OF EDWARD P. MURPHY**

I, Edward P. Murphy, state the following under oath:

1.   I am a Special Agent with the United States Department of Homeland Security, U.S. Immigration and Customs Enforcement (ICE) and have been so employed for approximately twenty-two (22) years[1]. From September 2001 to October 2004, I was assigned to the Asset Identification & Removal Group (AIRG) in the Boston Field Office. As a Special Agent, I have received training in both Customs and Immigration law and procedures, including the asset forfeiture provisions related to those laws.  Since October 2004, I have been assigned as a Special Agent in the Operation Support Group with ICE.  My duties as a Special Agent in the Operations Support Group of ICE involve computer forensics, and acting as a coordinator for background clearances, and an asset sharing coordinator for ICE/Boston office.  As a Special Agent, I have traced, seized and forfeited assets and proceeds derived from or used in unlawful activities, including money laundering, narcotics smuggling and importation of immoral or obscene items.

2.   I submit this affidavit in support of a Complaint for Forfeiture in rem against one Compaq Laptop Computer Serial Number CNF43021JP (the "Defendant Computer") Containing a Subfolder

---

[1] In March 2003, the agency formerly known as United States Customs Service became known as United States Department of Homeland Security, U.S. Immigration and Customs Enforcement (ICE).

entitled "Animal Farm" and Unallocated Space on Hard Drive Containing Pictures(the "Defendant Images"). As described in this Affidavit, I have probable cause to believe that the Defendant Images contained on the Defendant Computer's hard drive represent obscene materials prohibited from importation into the United States, pursuant to 19 U.S.C. §1305, and are, therefore, subject to forfeiture to the United States pursuant to 19 U.S.C. §1305.

3. Also, I have probable cause to believe that the Defendant Computer was used to aid in, or to facilitate the illegal importation of any article, in violation of 19 U.S.C. §1595a, and is, therefore, subject to forfeiture to the United States pursuant to 19 U.S.C. §1595a.

4. On June 28, 2005, flight number Aer Lingus EI-139 arrived at Logan Airport, Boston, Massachusetts. The flight originated from Shannon, Ireland. One of the passengers, Eugene John Fitzgerald ("Fitzgerald"), was directed to a secondary baggage for a routine inspection and became nervous. Fitzgerald became very evasive when answering routine questions concerning his travel itinerary posed by Customs officers. Fitzgerald had in his possession the Defendant Computer, which was examined by Customs officers James Bailey and Anthony Auterio.

5. The Defendant Computer's hard drive contained eleven (11) movie files (mpegs) contained in a subfolder entitled "Animal Farm." In addition, a forensic search of the unallocated space on

the hard drive disclosed approximately fourteen (14) pictures (jpegs)[2]. Both the movies and the pictures consisted entirely of explicit depictions of human females engaged in sexual activity with a variety of animals, including dogs, snakes, and horses. The movies and pictures are collectively referred to as the "Defendant Images."

6.  Fitzgerald was questioned by Officers Bailey and Auterio regarding the contents of the computer, and stated that he knew the Defendant Computer contained pornography and it was only for his personal viewing. Fitzgerald later stated that the pictures were for a friend. Agents explained to Fitzgerald that importation of obscene materials is prohibited. The Defendant Computer containing the Defendant Images was detained.

7.  The importation of immoral or obscene articles is prohibited by 19 U.S.C. §1305, which provides:

> All persons are prohibited from importing into the United States....any obscene book, pamphlet, paper, writing, advertisement, circular, print, picture, or other representation, figure, or image on or of paper or other material, or any cast, instrument, or other article which is obscene or immoral....

9.  19 U.S.C. §1305 also provides for the forfeiture of such items, stating:

---

[2] The unallocated space on the hard drive contains photos that have been viewed, but were not saved to any particular area on the computer.

> No such articles whether imported separately or contained in packages with other goods entitled to entry, shall be admitted to entry... and all such articles.... and the entire contents of the package in which such articles are contained shall be subject to seizure and forfeiture.... 19 U.S.C. §1305(a).

10. In addition, 19 U.S.C. §1595a authorizes the forfeiture of any item used to facilitate the illegal importation of any article:

> Except as specified in subsection of this title, every vessel, vehicle, animal, aircraft, or other thing used in, to aid in, or to facilitate, by obtaining information or in any other way, the importation, bringing in, unlading, landing, removal, concealing, harboring, or subsequent transportation of any article which is being or has been introduced, or attempted to be introduced, into the United States contrary to law, whether upon such vessel, vehicle, animal, aircraft, or other thing or otherwise, may be seized and forfeited together with its tackle, apparel, furniture, harness, or equipment. 19 U.S.C. §1595a(a).

11. Based on the information described above, I have probable cause to believe that the Defendant Images represent obscene material prohibited from importation into the United States, by 19 U.S.C. §1305, and are, therefore, subject to forfeiture to the United States pursuant to 19 U.S.C. §1305.

12. In addition, I have probable cause to believe that the Defendant Computer was used to facilitate the illegal importation of the Defendant Images, and is, therefore, subject to forfeiture to the United States pursuant to 19 U.S.C. §1595a.

Signed under the pains and penalties of perjury this 19th day of July, 2005.

                                      *Edward P. Murphy*
                                      Edward P. Murphy
                                      Special Agent
                                      United States Department of
                                      Homeland Security
                                      U.S. Immigration and Customs Enforcement

JS 44 (Rev. 3/99)  **CIVIL COVER SHEET**

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**
United States of America

**DEFENDANTS**
One Compaq Model 2100 Laptop Computer Serial Number CNF43021JP Containing a Subfolder Entitled "Animal Farm" and Unallocated Space on Hard Drive Containing Pictures

(b) County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney'S (Firm Name, Address, and Telephone Number)
Jennifer H. Zacks, AUSA
U.S. Attorney's Office
One Courthouse Way, Suite 9200, Boston, MA 02210
(617) 748-3100

Attorneys (If Known)

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

☒ 1 U.S. Government Plaintiff
☐ 2 U.S Government Defendant
☐ 3 Federal Question (U.S. Government Not a Party)
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business In This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business In Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury – Med. Malpractice | ☐ 620 Other Food & Drug |  | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 365 Personal Injury – Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC | ☐ 423 Withdrawal 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument |  |  |  | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | ☐ 640 R.R & Truck |  | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine / **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 820 Copyrights | ☐ 810 Selective Service |
|  | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 830 Patent |  |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 371 Truth in Lending | ☒ 690 Other | ☐ 840 Trademark | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle / ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability / ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury |  | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
|  |  | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence |  | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 442 Employment / Habeas Corpus: | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations / ☐ 530 General |  |  |  |
| ☐ 240 Torts to Land |  ☐ 535 Death Penalty | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |  |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare / ☐ 540 Mandamus & Other |  |  | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | ☐ 440 Other Civil Rights / ☐ 550 Civil Rights | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 890 Other Statutory Actions |
|  | ☐ 555 Prison Condition |  |  |  |

**V. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

The United States seeks forfeiture of the Defendant Computer and Defendant Images pursuant to 19 U.S.C. §1305 and 19 U.S.C. §1595a.

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23  DEMAND $ _____  CHECK YES only if demanded in complaint: JURY DEMAND: ☐ Yes ☐ No

**VIII. RELATED CASE(S) IF ANY** (See instructions): JUDGE _____ DOCKET NUMBER _____

DATE 07-19-2005    SIGNATURE OF ATTORNEY OF RECORD

FOR OFFICE USE ONLY

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

This form was electronically produced by Elite Federal Forms, Inc.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. Title of case (name of first party on each side only) <u>United States    v. One Compaq Model 2100 Laptop Computer Serial Number CNF43021JP Containing a Subfolder Entitled "Animal Farm" and Unallocated Space on Hard Drive Containing Pictures</u>

2. Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet. (See local rule 40.1(a)(1)).

    ___    I.      160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.

    ___    II.     195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730,        *Also complete AO 120 or AO 121
                   740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.           for patent, trademark or copyright cases

    ___    III.    110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
                   315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
                   380, 385, 450, 891.

    _X_    IV.     220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660,
                   690, 810, 861-865, 870, 871, 875, 900.

    ___    V.      150, 152, 153.

3. Title and number, if any, of related cases. (See local rule 40.1(g)). If more than one prior related case has been filed in this district please indicate the title and number of the first filed case in this court.

    N/A

4. Has a prior action between the same parties and based on the same claim ever been filed in this court?
                                                                YES ☐       NO ☒

5. Does the complaint in this case question the constitutionality of an act of congress affecting the public interest? (See 28 USC §2403)
                                                                YES ☐       NO ☒

    If so, is the u.s.a. or an officer, agent or employee of the u.s. a party?
                                                                YES ☐       NO ☐

6. Is this case required to be heard and determined by a district court of three judges pursuant to title 28 usc §2284?
                                                                YES ☐       NO ☒

7. Do <u>all</u> of the parties in this action, excluding governmental agencies of the united states and the commonwealth of massachusetts ("governmental agencies"), residing in massachusetts reside in the same division? - (See local rule 40.1(d)).
                                                                YES ☐       NO ☐    N/A

    A.    If yes, in which division do <u>all</u> of the non-governmental parties reside?

          Eastern Division ☐          Central Division ☐          Western Division ☐

    B.    If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies, residing in Massachusetts reside?

          Eastern Division ☐          Central Division ☐          Western Division ☐

8. If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court? (If yes, submit a separate sheet identifying the motions)
                                                                YES ☐       NO ☐    N/A

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME  Jennifer H. Zacks, AUSA
ADDRESS  U.S. Attorney's Office, One Courthouse Way, Suite 9200, Boston, MA 02210
TELEPHONE NO.  617-748-3100

(Cover sheet local.wpd - 09/12/02)

<u>**TRANSMITTAL**</u>

> Once case is assigned, please forward to civil Docketing, U.S. Attorney's Office.

**CLERK OF COURT:**                    05-11524 PBS

**RE:** United States of America    **vs.** One Compaq Model 2100 Laptop Computer Serial Number CNF43021JP Containing a Subfolder Entitled "Animal Farm" and Unallocated Space on Hard Drive Containing Pictures

**PLEASE DESIGNATE:**

   Court Number: _____

   Date Filed: July 19, 2005

   Assistant U.S. Attorney: Jennifer H. Zacks



U.S. Department of Justice

United States Attorney
District of Massachusetts

Telephone: (617) 748-3100

Jennifer H. Zacks, Assistant U.S. Attorney

John Joseph Moakley United States Courthouse
Asset Forfeiture Unit
1 Courthouse Way, Suite 9200
Boston, Massachusetts  02210

July 19, 2005

Clerk's Office
United States District Court
District of Massachusetts
1 Courthouse Way
Boston, Massachusetts 02210

05-11524 PBS

Re: United States v. One Compaq Model 2100 Laptop Computer Serial Number CNF43021JP Containing a Subfolder entitled "Animal Farm" and Unallocated Space on Hard Drive Containing Pictures

Dear Sir/Madam:

Enclosed for filing please find the following in connection with the above referenced matter:

1. Verified Complaint for Forfeiture In Rem;
2. Proposed Warrant and Monition; and
3. Civil Action Cover Sheet and filing papers for the Court.

Thank you for your attention in this regard.

Very truly yours,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
Jennifer H. Zacks
Assistant U.S. Attorney

JHZ:jmd
Enclosures