UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,                )
                    Plaintiff,           )
                                         )
        v.                               )·  Civil Action No.
                                         )
ONE COMPAQ MODEL 2100 LAPTOP             )
COMPUTER SERIAL NUMBER CNF43021JP        )
CONTAINING A SUBFOLDER ENTITLED          )
"ANIMAL FARM" AND UNALLOCATED SPACE)     )    5 - 1 1 5 9 4  PBS
ON HARD DRIVE CONTAINING PICTURES        )
                    Defendant.           )

## WARRANT AND MONITION

To:  The Secretary of the Department of Homeland Security, or
     His Designee

We Command that you give notice to all persons concerned that
a Verified Complaint for Forfeiture In Rem (the "Complaint"), a
copy of which is attached hereto, has been filed by the United
States of America against One Compaq Computer Model 2100 Laptop
Computer Serial Number CNF43021JP (the "Defendant Computer")
Containing a Subfolder Entitled "Animal Farm" and Unallocated Space
on Hard Drive Containing Pictures (the "Defendant Images"), seized
by the United States Immigrations and Customs Enforcement at Logan
International Airport, Boston, Massachusetts on June 28, 2005, and
more particularly described in the attached Complaint for
forfeiture pursuant to 19 U.S.C. §1305 and 19 U.S.C. §1595a.

This Court has found probable cause for forfeiture.
Accordingly, you are hereby directed to serve, and give notice of,
the Complaint by:

(1)  Publishing notice of the United States' intent to forfeit

the Defendant Computer and Defendant Images at least once for three (3) successive weeks in the <u>Boston Herald</u> or any other newspaper having a general circulation in this District; and

(2) Mailing a copy of this Warrant and Monition, together with a copy of the Complaint to:

Eugene John Fitzgerald
16 Wadsworth Street
Allston, Massachusetts 02134-1822

by certified mail, postage prepaid and return receipt requested, or by serving such copies on the listed party by hand.

<u>You</u> <u>Are</u> <u>Further</u> <u>Commanded</u> to arrest, attach, inspect and retain the Defendant Computer and Defendant Images in your custody until further order of this Court.

<u>You</u> <u>Are</u> <u>Further</u> <u>Commanded</u> to give due notice by appropriate service of process, as provided herein, to all persons who claim an interest in the Defendant Computer and Defendant Images, or assert that the Defendant Computer and Defendant Images should not be condemned or disposed of pursuant to the prayer of the Complaint. Upon execution of this process, you are directed further to file the execution in this Court with your return thereon.

ALL CLAIMS TO THE DEFENDANT COMPUTER AND DEFENDANT IMAGES MUST BE FILED WITH THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS AND SERVED UPON THE UNITED STATES ATTORNEY'S OFFICE, ASSET FORFEITURE UNIT, 1 COURTHOUSE WAY, SUITE 9200, BOSTON, MASSACHUSETTS 02210, WITHIN THIRTY (30) DAYS AFTER PROCESS HAS BEEN EXECUTED OR WITHIN SUCH ADDITIONAL TIME AS MAY BE ALLOWED BY THIS COURT. ALL ANSWERS TO THE COMPLAINT MUST BE FILED WITH THE UNITED

STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS AND SERVED

UPON THE UNITED STATES ATTORNEY'S OFFICE, ASSET FORFEITURE UNIT, 1

COURTHOUSE WAY, SUITE 9200, BOSTON, MASSACHUSETTS 02210, WITHIN

TWENTY (20) DAYS AFTER THE FILING OF THE CLAIM.  CLAIMS MUST BE

FILED IN ACCORDANCE WITH THE FEDERAL RULES OF CIVIL PROCEDURE,

SUPPLEMENTAL RULES FOR CERTAIN ADMIRALTY AND MARITIME CLAIMS.  THE

PROCEDURES FOR FILING A PETITION FOR REMISSION OR MITIGATION ARE

SET FORTH IN 28 C.F.R. PART 9.

Sarah A. Thornton, Clerk
U.S. District Court

By:

Deputy Clerk
Date:   7/25/05  , 2005

APPROVED AND SO ORDERED:

United States District Judge
Date:   7/25/05  , 2005