

## Department of the Treasury
*Federal Law Enforcement Agencies*

### PROCESS RECEIPT AND RETURN

FILED IN CLERKS OFFICE
2005 OCT 21   P 4: 54
U.S. DISTRICT COURT
DISTRICT OF MASS.

| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>CA No. 05-11524-PBS |
|---|---|
| DEFENDANT<br>One Compaq Model 2100 Laptop Computer Serial Number CNF43021JP Containing a Subfolder entitled "Animal Farm" and Unallocated Space on Hard Drive Containing Pictures | TYPE OF PROCESS<br>Complaint and Warrant & Monition |

| SERVE AT | Name Of Individual, Company, Corporation, Etc.. to Serve or Description of Property to Seize<br>Publication |
|---|---|
| | Address (Street or RFD / Apt. # / City, State, and Zip Code) |

| Send NOTICE OF SERVICE copy to Requester:<br>JENNIFER H. ZACKS, ASSISTANT U.S. ATTORNEY<br>UNITED STATES ATTORNEY'S OFFICE<br>John Joseph Moakley United States Courthouse<br>1 Courthouse Way, Suite 9200<br>Boston, Massachusetts 02210 | Number Of Process To Be Served In This Case. | |
|---|---|---|
| | Number Of Parties To Be Served In This Case. | |
| | Check Box If Service Is On USA | |

SPECIAL INSTRUCTIONS or OTHER INFORMATION TO ASSIST IN EXPEDITING SERVICE (includes Business and Alternate Addresses, Phone Numbers, and Estimated Availability times.)

Please publish the attached Notice of Libel at least once for three (3) successive weeks in the Boston Herald or any other newspaper of general circulation in the District of Massachusetts, in accordance with the attached Verified Complaint and Warrant and Monition and applicable law.

JMD x3296

05-USC-000446

| Signature of Attorney or other Originator requesting service on behalf of | [X] Plaintiff<br>[ ] Defendant | Telephone No.<br>(617) 748-3100 | Date<br>August 1, 2005 |
|---|---|---|---|
| SIGNATURE OF PERSON ACCEPTING PROCESS: | | | Date |

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

| I acknowledge receipt for the Total # of Process Indicated. | District of Origin No. | District to Serve No. | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER: | Date |
|---|---|---|---|---|

I hereby Certify and Return That I [ ] PERSONALLY SERVED, [ ] HAVE LEGAL EVIDENCE OF SERVICE, [X] HAVE EXECUTED AS SHOWN IN "REMARKS", the Process Described on the Individual, Company, Corporation, Etc., At The Address Shown Above or at the Address Inserted Below.

[ ] I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

| NAME & TITLE of Individual Served If not shown above: | [ ] A Person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| ADDRESS: (Complete only if different than shown above.)<br>REMARKS: Notice was published as directed above on Aug. 24, 31 and Sept 7, 2005 in Boston Herald. Copy of Publisher's Certificate attached. | Date of Service   Time of Service   [ ] AM<br>                                                           [ ] PM<br>Please see Remarks<br>Signature, Title and Treasury Agency<br>Stepehn P. Leonard, Forfeitures Officer<br>U.S. Customs and Border Protection |

TD F 90-22.48 (6/96)

[ ] RETURN TO COURT   [ ] FOR CASE FILE   [ ] LEAVE AT PLACE OF SERVICE   [ ] FILE COPY



RECEIVED
U.S. CUSTOMS
FPF&F - BOSTON
2005 OCT 12 PM 2:19

# PUBLISHER'S CERTIFICATE

Commonwealth of Massachusetts } ss.
County of Suffolk

On this _21st_ day of _September_ A.D. 20 _05_ personally appeared before the undersigned, a Notary Public, within and for the said county, _Madeleine M. Sheehan_ of the _Boston Herald_ a newspaper published by Boston Herald, Inc., in Boston, County of Suffolk, in the Commonwealth of Massachusetts, and who being duly sworn, states on oath that the _Case No. 05-11524-PBS_ advertisement was published in said newspaper in its issues of

_Aug 24, 31 Sep 7_ A.D. 20 _05_

_Madeleine M. Sheehan_ (signature)

Subscribed and sworn to before me this _21st_

day of _September_ A.D. 20 _05_

_Valerie Delano_
Notary Public

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
NOTICE OF LIBEL
Civil Case No. 05-11524-PBS
United States of America, District of Massachusetts, at Boston, Massachusetts, July 25, 2005.
Notice is hereby given that a Libel has been filed in the United States District Court against One Compaq Model 2100 Laptop Computer Serial Number CNF4302UP (the "Defendant Computer") Containing a Subfolder Entitled "Animal Farm" and Unallocated Space on Hard Drive Containing Pictures (the "Defendant Images"), pursuant to 19 U.S.C. s1305 and s1595a.
All claims to the Defendant Computer and Defendant Computer and Defendant Images must be filed within thirty (30) days after process has been executed, or within such additional time as may be allowed by this Court, and all answers to the complaint must be filed within twenty (20) days after the filing of the claim. Such claims must be filed in accordance with the Federal Rules of Civil Procedure, Supplemental Rules of Certain Admiralty and Maritime Claims. All claims and answers must be filed with the United States District Court for the District of Massachusetts and served upon the United States Attorney's Office, Asset Forfeiture Unit, 1 Courthouse Way, Suite 9200, Boston, Massachusetts 02210. The procedures for filing a petition for remission or mitigation are set forth in 28 Code of Federal Regulations, Part 9.
Port Director
United States Department of Homeland Security
Bureau of Customs and Border Protection
District of Massachusetts
Ref: 2005-0401-00224-01
(BH – Aug 24, 31, Sep 7)


VALERIE MARIE DELANO
Notary Public
Commonwealth of Massachusetts
My Commission Expires Mar 24, 2011