

**Department of the Treasury**
*Federal Law Enforcement Agencies*

## PROCESS RECEIPT AND RETURN

FILED
IN CLERKS OFFICE

2005 OCT 21 P 4:54

U.S. DISTRICT COURT
DISTRICT OF MASS.

| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>CA No. 05-11524-PBS |
|---|---|
| DEFENDANT<br>One Compaq Model 2100 Laptop Computer Serial Number CNF43021JP Containing a Subfolder entitled "Animal Farm" and Unallocated Space on Hard Drive Containing Pictures | TYPE OF PROCESS<br>Complaint and Warrant & Monition |

| SERVE AT | Name Of Individual, Company, Corporation, Etc.. to Serve or Description of Property to Seize<br><br>One Compaq Model 2100 Laptop Computer Serial Number CNF43021JP Containing a Subfolder entitled "Animal Farm" and Unallocated Space on Hard Drive Containing Pictures |
|---|---|
| | Address (Street or RFD / Apt. # / City, State, and Zip Code) |

| Send NOTICE OF SERVICE copy to Requester:<br><br>JENNIFER H. ZACKS, ASSISTANT U.S. ATTORNEY<br>UNITED STATES ATTORNEY'S OFFICE<br>John Joseph Moakley United States Courthouse<br>1 Courthouse Way, Suite 9200<br>Boston, Massachusetts 02210 | Number Of Process To Be Served In This Case. | |
|---|---|---|
| | Number Of Parties To Be Served In This Case. | |
| | Check Box If Service Is On USA | |

SPECIAL INSTRUCTIONS or OTHER INFORMATION TO ASSIST IN EXPEDITING SERVICE (includes Business and Alternate Addresses, Phone Numbers, and Estimated Availability times.)

Please seize and maintain custody and control over the above-referenced computer and images in accordance with the attached Verified Complaint and Warrant & Monition and applicable law.
JMD x3296
05-USC-000446

| Signature of Attorney or other Originator requesting service on behalf of | [X] Plaintiff<br>[ ] Defendant | Telephone No.<br>(617) 748-3100 | Date<br>August 1, 2005 |
|---|---|---|---|
| SIGNATURE OF PERSON ACCEPTING PROCESS: | | | Date |

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

| I acknowledge receipt for the Total # of Process Indicated. | District of Origin No. | District to Serve No. | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER: | Date |
|---|---|---|---|---|

I hereby Certify and Return That I [ ] PERSONALLY SERVED, [ ] HAVE LEGAL EVIDENCE OF SERVICE, [X] HAVE EXECUTED AS SHOWN IN "REMARKS", the Process Described on the Individual, Company, Corporation, Etc., At The Address Shown Above or at the Address Inserted Below.

[ ] I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

| NAME & TITLE of Individual Served If not shown above: | [ ] A Person of suitable age and discretion then residing in the defendant's usual place of abode. | | |
|---|---|---|---|
| ADDRESS: (Complete only if different than shown above.)<br>REMARKS:  The above-referenced property has been seized and is now in the custody of U. S. Customs and Border Protection. | Date of Service<br>Please see Remarks | Time of Service<br> | [ ] AM<br>[ ] PM |
| | Signature, Title and Treasury Agency<br>Stephen P. Leonard, Forfeitures Officer<br>U.S. Customs and Border Protection | | 8.20, 2005 |

TD F 90-22.48 (6/96)

☐ RETURN TO COURT   ☐ FOR CASE FILE   ☐ LEAVE AT PLACE OF SERVICE   ☐ FILE COPY