UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

                                                              Civil Action
                                                              No: 05-11524-PBS

United States of America,
Plaintiff,

v.

One Compaq Model 2100 Laptop Computer
Serial Number CNF43021JP containing a subfolder
entitled "Animal Farm" and unallocated space
on hard drive containing pictures,
Defendant.


NOTICE OF DEFAULT


     Upon application of the plaintiff for an Order of Default for failure of the defendant One Compaq Model 2100 Laptop Computer Serial Number CNF43021JP containing a subfolder entitled "Animal Farm" and unallocated space on hard drive containing pictures , to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the defendant One Compaq Model 2100 Laptop Computer
Serial Number CNF43021JP containing a subfolder entitled "Animal Farm" and unallocated space on hard drive containing pictures has been defaulted on November 28, 2005.


                                                            Sarah Thornton
                                                            Clerk


                                                            By: /s/ Robert C. Alba
                                                                 Deputy Clerk

Date: November 28, 2005


Notice mailed to counsel of record and defendant(s).