UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

                                                                                    Civil Action
                                                                                   No: 05-11524-PBS

United States of America,
Plaintiff,

v.

One Compaq Model 2100 Laptop Computer
Serial Number CNF43021JP containing a subfolder
entitled "Animal Farm" and unallocated space
on hard drive containing pictures,
Defendant.

PROCEDURAL ORDER ON DEFAULT

SARIS, D.J.                                                                                  November 28, 2005

     On November 28, 2005, a notice of default was issued as to the defendant One Compaq Model 2100 Laptop ComputerSerial Number CNF43021JP containing a subfolderentitled "Animal Farm" and unallocated space on hard drive containing pictures pursuant to Rule 55(b), Fed.R.Civ.P.  If the plaintiff intends to move for judgment by default, it shall do so on or before December 28, 2005.  Plaintiff shall include a proposed form of judgment along with the motion filing.

                                                                                By the Court,

                                                                                /s/ Robert C. Alba
                                                                                Deputy Clerk