UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,              )<br>            Plaintiff,               )<br>                                       )<br>     v.                                )<br>                                       )<br>ONE COMPAQ MODEL 2100 LAPTOP           )<br>COMPUTER SERIAL NUMBER CNF43021JP      )<br>CONTAINING A SUBFOLDER ENTITLED        )<br>"ANIMAL FARM" AND UNALLOCATED SPACE)<br>ON HARD DRIVE CONTAINING PICTURES      )<br>            Defendant.                ) | Civil Action No.<br>05-11524-PBS |

**FINAL JUDGMENT AND ORDER OF FORFEITURE**

This Court having allowed Plaintiff's Motion for Entry of Default and having issued a Notice of Default, it is hereby

ORDERED, ADJUDGED and DECREED:

1. That judgment be and hereby is entered in favor of the Plaintiff, the United States of America;

2. That the Defendant Computer and Defendant Images, described herein as One Compaq Model 2100 Laptop Computer Serial Number CNF43021JP (the "Defendant Computer") Containing a Subfolder Entitled "Animal Farm" and Unallocated Space on Hard Drive Containing Pictures (the "Defendant Images"), is hereby forfeited to the United States of America pursuant to 19 U.S.C. §1305 and 19 U.S.C. §1595a;

3. That any claim of interest of Eugene John Fitzgerald, and any other parties claiming any right, title, or interest in or to the Defendant Computer and Defendant Images, is hereby held in default and dismissed, having been defaulted on November 28, 2005;

4.   That the United States of America, through the United States Immigration and Customs Enforcement, shall retain the Defendant Computer and Defendant Images in its secure custody and control, and shall dispose of it in accordance with law; and

5.   That this Court shall retain jurisdiction in this case solely for the purpose of enforcing the terms of this judgment; otherwise, this Order shall be, and hereby is, the full and final disposition of this civil forfeiture action.

APPROVED AND SO ORDERED:

_____
PATTI B. SARIS
United States District Judge

Date: __12/30__, 2005