# Department of the Treasury
*Federal Law Enforcement Agencies*
## PROCESS RECEIPT AND RETURN

| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>Civil Action No. 05-11524-PBS |
|---|---|
| DEFENDANT<br>One Compaq Model 2100 Laptop Computer Serial Number CNF43021JP Containing a Subfolder entitled "Animal Farm" and Unallocated Space on Hard Drive Containing Pictures | TYPE OF PROCESS<br>Final Judgment and Order of Forfeiture |

| SERVE AT | Name Of Individual, Company, Corporation, Etc.. to Serve or Description of Property to Seize<br><br>One Compaq Model 2100 Laptop Computer Serial Number CNF43021JP Containing a Subfolder entitled "Animal Farm" and Unallocated Space on Hard Drive Containing Pictures |
|---|---|
| | Address (Street or RFD / Apt. # / City, State, and Zip Code) |

| Send NOTICE OF SERVICE copy to Requester:<br><br>JENNIFER H. ZACKS, ASSISTANT U.S. ATTORNEY<br>UNITED STATES ATTORNEY'S OFFICE<br>John Joseph Moakley United States Courthouse<br>1 Courthouse Way, Suite 9200<br>Boston, Massachusetts 02210 | Number Of Process To Be Served In This Case. | |
|---|---|---|
| | Number Of Parties To Be Served In This Case. | |
| | Check Box If Service Is On USA | |

SPECIAL INSTRUCTIONS or OTHER INFORMATION TO ASSIST IN EXPEDITING SERVICE (includes Business and Alternate Addresses, Phone Numbers, and Estimated Availability times.)

Please dispose of the above-described property in accordance with the attached Final Judgment and Order of Forfeiture and applicable law.

JMD x3296    05-USC-000446

| Signature of Attorney or other Originator requesting service on behalf of | [ X ] Plaintiff<br>[ ] Defendant | Telephone No.<br>(617) 748-3100 | Date<br>January 6, 2006 |
|---|---|---|---|

| SIGNATURE OF PERSON ACCEPTING PROCESS: | Date |
|---|---|

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

| I acknowledge receipt for the Total # of Process Indicated. | District of Origin No. | District to Serve No. | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER: | Date |
|---|---|---|---|---|

I hereby Certify and Return That I [ ] PERSONALLY SERVED, [ ] HAVE LEGAL EVIDENCE OF SERVICE, [X] HAVE EXECUTED AS SHOWN IN "REMARKS", the Process Described on the Individual, Company, Corporation, Etc. At The Address Shown Above or at the Address Inserted Below.

[ ] I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

| NAME & TITLE of Individual Served If not shown above: | [ ] A Person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| ADDRESS: (Complete only if different than shown above.)<br><br>REMARKS: The above-referenced laptop computer was destroyed by incineration on Feb. 22, 2006. Copy of destruction record attached. | Date of Service     Time of Service [ ] AM [ ] PM<br>PLEASE SEE BELOW REMARKS<br><br>Signature, Title and Treasury Agency<br>Stephen P. Leonard, Forfeitures Officer  2/27/2006<br>U.S. Customs & Border Protection, Boston |

TD F 90-22.48 (6/96)

☐ RETURN TO COURT    ☐ FOR CASE FILE    ☐ LEAVE AT PLACE OF SERVICE    ☐ FILE COPY



DEPARTMENT OF THE TREASURY
UNITED STATES CUSTOMS SERVICE

BOX 6

## ORDER TO DESTROY AND RECORD OF DESTRUCTION OF FORFEITED, ABANDONED, OR UNCLAIMED MERCHANDISE
20.4, 20.5, 23.19, C. M., Circular ENF-7-IEI

| ORDER TO DESTROY ||
|---|---|
| SEIZURE OR G. O. NO., ETC. | QUANTITY AND DESCRIPTION OF MERCHANDISE |
| 2005-0417-000224-01  line | item 001 - One Compaq Model 2100 Laptop Computer (bearing serial no. CNF43021JP) |
| 2005-0417-000224-01  line | item 002 - One computer disk (with above referenced Laptop computer) |
| No Other | No Other |
|  | Verification  PJ  02-21-06 <br> (initials)  (date) <br> ll  2/21/06 <br> (initials)  (date) <br> RM  2/21/06 <br> (initials)  (date) |

**METHOD OF DESTROYING**

Burn

**SIGNATURE OF AUTHORIZING CUSTOMS OFFICER**
Stephen P. Leonard, FP&FO, Boston

**DATE**
Jan. 25, 2006

### RECORD OF DESTRUCTION

| SIGNATURE OF CUSTOMS OFFICER <br> R. GUEN | DATE <br> 02-22-06 |
|---|---|
| WITNESS TO DESTRUCTION | WITNESS TO DESTRUCTION |
| LOCATION <br> Covanta, Haverhill, MA | METHOD OF DESTRUCTION <br> Burning |

Customs Form 4613 (9-19-75)

10 Causeway Street Room 611
Boston, MA 02222



**U.S. Customs and Border Protection**

FEB 27 2006

Jennifer H. Zacks
Assistant U.S. Attorney
Asset Forfeiture Unit
Office of the U.S. Attorney
District of Massachusetts
1 Courthouse Way, Suite 9200
Boston, MA  02210

Re: <u>United States v. One Compaq Model 2100 Laptop Computer Serial Number</u>
    CNF43021JP
    Civil Action No. 05-11524-PBS
    Seizure No. 2005-0417-000224-01

Dear Ms. Zacks:

This in response to your letter dated January 06, 2006, regarding the above referenced case.

Please find enclosed the executed original copy of the Treasury Process Receipt and Return form regarding the above referenced case. All process was served successfully. The forfeited property was destroyed. A copy of the record of destruction form is enclosed.

Please let me know if you need additional action taken in regard to this matter. My phone number is 617-565-6144.

Sincerely,

Stephen P. Leonard
Fines, Penalties &
Forfeitures Officer

Enclosure: one original Process Receipt and Return form